IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **MARJORIE HYPPOLITE,** ) | |
| ) | |
| Plaintiff, ) | **CORPORATE DISCLOSURE** |
| ) | **STATEMENT OF DEFENDANT** |
| v. ) | **ELECTRONIC DATA SYSTEMS** |
| ) | **CORPORATION** |
| **ELECTRONIC DATA SYSTEMS** ) | |
| **CORPORATION,** ) | CASE NO. |
| ) | |
| Defendant. ) | 05 11011 MLW |

Defendant Electronic Data Systems Corporation, pursuant to Local Rule 112.4, submits Exhibit 1 as its corporate disclosure statement.

Respectfully submitted,

_____
Joseph P. McConnell (BBO #566412)
Leah M. Moore (BBO # 658217)
**Morgan, Brown & Joy LLP**
200 State Street
Boston, Massachusetts 02109
617-523-6666 (Telephone)
617-367-3125 (Facsimile)


Martin T. Wymer (P43279)
mwymer@bakerlaw.com
Kelly M. King (OH0076613)
kking@bakerlaw.com
**BAKER & HOSTETLER LLP**
3200 National City Center
1900 East Ninth Street
Cleveland, OH 44114-3485
(216) 621-0200 (telephone)
(216) 696-0740 (facsimile)

*Pro Hac Vice* to be Submitted

*Attorneys for Defendant EDS*

## PROOF OF SERVICE

A true copy of the foregoing *Corporate Disclosure Statement of Defendant Electronic Data Systems Corporation* was served upon Plaintiff's counsel David Green, Alford & Bertrand, LLC, via regular U.S. mail on the 17th day of May, 2005.

_____
*Attorney for Defendant EDS*

500825346.1, Hyppolite Disclosure Statement

Exhibit A

3301942 Media Accounting Services Limited, England

502300 New Brunswick Inc., Canada

A. T. Kearney-CoNext Australia Pty Ltd, Australia

A.T. Kearney (Bermuda), Ltd., Bermuda

A.T. Kearney (Hong Kong) Limited, Hong Kong

A.T. Kearney (International) AG, Switzerland

A.T. Kearney (Portugal) Consultadoria de Gestao Lda, Portugal

A.T. Kearney (Proprietary) Limited, South Africa

A.T. Kearney (S.A.S.), France

A.T. Kearney (Shanghai) Management Consulting Co. Ltd., China

A.T. Kearney (Thailand) Limited, Bangkok, Thailand

A.T. Kearney - Applications & Technology S.P.A., Italy

A.T. Kearney A/S, Denmark

A.T. Kearney AB, Sweden

A.T. Kearney AG, Switzerland

A.T. Kearney Argentina S.A., Argentina

A.T. Kearney AS, Norway

A.T. Kearney Australia Pty Ltd, Australia

A.T. Kearney B.V., The Netherlands

A.T. Kearney Co., Ltd, Taiwan

A.T. Kearney de Venezuela, C.A., Venezuela

A.T. Kearney Ges.m.b.H, Austria

A.T. Kearney GmbH, Germany

A.T. Kearney India Private Limited, India

A.T. Kearney International AS, Norway

A.T. Kearney International, Inc., USA

A.T. Kearney K.K., Japan

A.T. Kearney Kft., Hungary

A.T. Kearney Limited, England

A.T. Kearney Ltd., Canada

A.T. Kearney Ltda., Brazil

A.T. Kearney Monoprosopi Epe, Greece

A.T. Kearney New Zealand Limited, New Zealand

A.T. Kearney NV, Belgium

A.T. Kearney Oy, Finland

A.T. Kearney Procurement Solutions, Inc., USA

A.T. Kearney Pte. Ltd., Singapore

A.T. Kearney S.p.A., Italy

A.T. Kearney Sp. z.o.o., Poland

A.T. Kearney Yönetim Danismanlik A.S., Turkey

A.T. Kearney, Inc., USA

A.T. Kearney, S.A., Spain

A.T. Kearney, S.A. de C.V., Mexico

ABS Application Systems (Pty) Ltd., South Africa

ABS Computer Sales (Pty) Ltd., South Africa

ABS Computer Services (Pty) Ltd., South Africa

ABS Computers (Pty) Ltd., South Africa

ABS Information Technology (Pty) Ltd., South Africa

Agora s.r.l., Italy

Ar@ncia S.r.l., Italy

Atraxis Africa (Pty) Limited, South Africa

Citymax Egypt SAE, Egypt

Citymax Integrated Information Systems Ltd., England

Citymax RA Limited, England

Clarion Training Limited, England

Computer Marketing Ltd., England

C_sar - Consulting, solutions and results AG, Germany

Databank Systems Limited, New Zealand

Database Tecnologie S.p.A., Italy

DVOIT Limited, England

e-Gent GmbH, Germany

E.D.S. Canada Leasing Ltd., Canada

E.D.S. de Mexico, Sociedad Anonima de Capital Variable, Mexico

E.D.S. International Corporation, USA

E.D.S. International Limited, England

E.D.S. Spectrum Corporation, USA

E.D.S. World Corporation (Far East), USA

E.D.S. World Corporation (Netherlands), USA

eBreviate B.V., The Netherlands

eBreviate Gesellschaft mit beschranker Haftung, Germany

eBreviate GmbH, Switzerland

eBreviate S.L., Spain

eBreviate SARL, France

eBreviate UK Limited, England

eBreviate, Inc., USA

Edley S.A., Uruguay

EDS (Australia) Pty Limited, Australia

EDS (Australia) Superannuation Fund Pty Ltd, Australia

EDS (Business Process Administration) Pty Limited, Australia

EDS (China) Co., Ltd., China

EDS (Electronic Data Systems) France S.A.S., France

EDS (Electronic Data Systems) Limited, England

EDS (Europe) S.A., Switzerland

EDS (Korea) Ltd., Korea

EDS (New Zealand) Limited, New Zealand

EDS (New Zealand) Pensions Limited, New Zealand

EDS (Operations) Pty Limited, Australia

EDS (Queensland) Pty Ltd, Australia

EDS (Schweiz) AG, Switzerland

EDS (Services) Pty Ltd., Australia

EDS 1994 Trustee Limited, England

EDS Africa Limited, South Africa

EDS Answare S.A., France

EDS Asia Pacific Services Corporation, USA

EDS Canada Inc., Canada

EDS CoNext, Inc., USA

EDS Consulting GmbH, Germany

EDS Credit Services Limited, England

EDS Customer Care Services (Deutschland) GmbH, Germany

EDS Danmark A/S, Denmark

EDS Defence Limited, England

EDS Defense N.V., Belgium

EDS Desenvoluimento de Productos Ltda., Brazil

EDS Deutschland GmbH, Germany

EDS Digital Economy Fund LP (fka EDS/ATK Alliance Fund 2000 LP), USA

EDS Digital Ventures, Inc. (fka EDS/A.T. Kearney Ventures, Inc.), USA

EDS Electronic Data Sistemleri Ticaret Limited Sirketi, Turkey

EDS Electronic Data System Luxembourg S.A., Luxembourg

EDS Electronic Data Systems (Hong Kong) Limited, Hong Kong

EDS Electronic Data Systems (Philippines), Inc., Philippines

EDS Electronic Data Systems (Thailand) Co., Ltd., Thailand

EDS Electronic Data Systems Berlin GmbH, Germany

EDS Electronic Data Systems del Peru S.A., Peru

EDS Electronic Data Systems Italia S.p.A., Italy

EDS Electronic Data Systems Italia Software S.p.A., Italy

EDS Electronic Datasystems Hungary Limited, Hungary

EDS Enterprise Solutions Africa (Pty) Limited, South Africa

EDS Europe, England

EDS Finance Partnership (Canada) L.P., Canada

EDS Finance plc, England

EDS Financial Services Company (Ireland) Limited, Ireland

EDS Finland Oy Ab, Finland

EDS Försvars Services AB, Sweden

EDS Gesellschaft für Online-Dienste mbH, Germany

EDS Global Services, Inc., USA

EDS Gulf States, WLL, Bahrain, State of

EDS Holding GmbH, Germany

EDS Information Business GmbH, Switzerland

EDS Information Services L.L.C., USA

EDS Informatique S.A., Switzerland

EDS Ingevision S.A., France

EDS Insurance Vermont, Inc., USA

EDS International (Greece) SA, Greece

EDS International (Singapore) Pte. Limited, Singapore

EDS Inv01 Corporation, USA

EDS Investment Fund, Inc., USA

EDS Japan LLC, USA

EDS Mid-Market Solutions GmbH (fka BOG Koblenz), Germany

EDS MSC (Malaysia) Sdn Bhd, Malaysia

EDS Namibia (Proprietary) Limited, Namibia

EDS Nominees Limited (formerly EDS (GB32)), England

EDS Norge AS, Norway

EDS North America Holdings, Inc., USA

EDS Poland Sp. z.o.o., Poland

EDS Progical S.A., France

EDS Properties Corporation, USA

EDS Pubblica Amministrazione S.p.A., Italy

EDS Resource Management Corporation, USA

EDS Schweinfurt GmbH, Germany

EDS Secretarial Services Limited (formerly SD Secure), England

EDS South Africa (Pty) Ltd, South Africa

EDS Sweden AB, Sweden

EDS Systematics Beteiligungs GmbH, Germany

EDS Technologies Corporation, USA

EDS Technologies Operations L.L.C., USA

EDS Technologies Services L.P., USA

EDS Trustee Limited, England

EDS UK Limited, England

EDS Vanco (Pty) Ltd., South Africa

EDS Vermögensverwaltungs GmbH & Co. KG, Germany

EDS Verwaltungs GmbH, Germany

EDS World Services Corporation, USA

EDS Zimbabwe (Pvt) Limited, Zimbabwe

EDS, s.r.o., Czech Republic

EDS-Electronic Data Systems (India) Private Limited, India

EDS-Electronic Data Systems do Brasil Ltda, Brazil

EDS-Electronic Data Systems Processamento de Dados Informaticos, Lda., Portugal

EDS-Padcom Clinical Research Beteiligungs GmbH, Germany

EDS/A.T. Kearney Employee Ventures LP, USA

EDSCICON (Malaysia) Sdn. Bhd., Malaysia

Effe Sistemi S.p.A., Italy

Eisis Limited, England

Electronic Data Systems (EDS Austria) GmbH, Austria

Electronic Data Systems (EDS Ecuador) CIA, LTDA, Ecuador

Electronic Data Systems (EDS) de Argentina S.A., Argentina

Electronic Data Systems (EDS) de Costa Rica S.A., Costa Rica

Electronic Data Systems (EDS) de Guatemala S.A., Guatemala

Electronic Data Systems (EDS) de Nicaragua y Cia Ltda., Nicaragua

Electronic Data Systems (EDS) Dominicana, S.A., Dominican Republic

Electronic Data Systems (EDS) International B.V., The Netherlands

Electronic Data Systems (EDS) Israel, Ltd., Israel

Electronic Data Systems (EDS) of Panama Corp., Panama

Electronic Data Systems (Egypt) SAE, Egypt

Electronic Data Systems (Ireland) Limited, Ireland

Electronic Data Systems Belgium N.V., Belgium

Electronic Data Systems Chile, S.A., Chile, Republic of

Electronic Data Systems Colombia, S.A., Colombia

Electronic Data Systems Corporation (a Delaware corp), USA

Electronic Data Systems de El Salvador, Limitada de Capital Variable, El Salvador

Electronic Data Systems de Venezuela "EDS" C.A., Venezuela

Electronic Data Systems España S.A., Spain

Electronic Data Systems IT Services (M) Sdn. Bhd., Malaysia

Electronic Data Systems Limited, England

Electronic Data Systems Taiwan Corporation, Taiwan, Republic of China

Engineering Animation FSC, Inc., Barbados

Engineering Animation Italy S.r.l., Italy

Engineering Animation UK, Ltd., England and Wales

GCS Limited, New Zealand

GeoVision Systems Limited, England

Habberstad Consulting AS, Norway

Habberstad Partners AB, Sweden

High Tech Services Insurance, Ltd., Bermuda

Industrie Software-Systementwicklungs GmbH & Co. KG (ISE KG), Germany

Info Ware GmbH, Germany

Information Systems Solutions (Pty) Ltd., South Africa

Inso France Development S.A., France

Insurance Software Solutions Corp. (dba SOLCORP), Canada

Integradora de Servicios S.A. de C.V. (ISSA), Mexico

IQproducts GmbH, Germany

Istiservice S.p.A., Italy

Japan Systems Company Limited, Japan

JS Engineering, Japan

Kearney Interactive SAS, France

Keisai Asociados, C.A., Venezuela

Keisai Panama, S.A., Panama

La Francaise De Maintenance SCS ("LFM"), France

M&DY Corporation (Pty) Ltd., South Africa

Management Computer Equipment S.A., Belgium

Memorex Systemhaus GmbH, Germany

Memorex Telex Assistance SARL, France

Memorex Telex Consulting S.A., Belgium

Memorex Telex France S.A., France

Memorex Telex Ireland Limited, Ireland

Memorex Telex Nederland B.V., The Netherlands

Memorex Telex S.A., Spain

Memorex Telex UK Limited, England

Memorex Telex Unirepair B.V., The Netherlands

MIQ Consultants BV, The Netherlands

MSH International Service AG, Germany

National Heritage Insurance Company, USA

Neodata Services Limited, Ireland

Nippon EDS Company, Ltd., Japan

NK Joho Engineering, Japan

Nova EDS-Petro, Electronic Data Systems de Portugal, Proessamento de Dados Informaticos, Lda., Portugal

Oel Systems (Pty) Ltd., South Africa

OOO "Unigraphics Solutions", Russia

P.T. Electronic Data Systems Indonesia, Indonesia

Padcom Clinical Research GmbH, Germany

Planning Consultancy Ltd., England

PlanOrg AG, Germany

PlanOrg Info Beteiligungs GmbH, Germany

PlanOrg IT Services Beteiligungs GmbH, Germany

Premida-Comércio, Gestao e Serviços, Lda, Portugal

PT A.T. Kearney, Indonesia

PT Danamon-EDS Technology Services, Indonesia

PT Indo-EDS Daya Selaras, Indonesia

PT Unigraphics Solutions Indonesia, Indonesia

Rol. 20, S.A., Spain

Roma Servizi Informatici S.p.A., Italy

S. F. Services, England

S.D. International Limited, England

Sarsfield Systems Limited, Ireland

Scicon Arabia Limited, England

Scicon Limited, England

SD-Scicon Europe Limited, England

SDRC AG (Switzerland), Switzerland

SDRC Australia Pty. Ltd., Australia

SDRC Belgium SA/NV, Belgium

SDRC Brazil Ltda., Brazil

SDRC España S.A., Spain

SDRC France S.A., France

SDRC India Pvt. Ltd., India

SDRC Italia Srl, Italy

SDRC Japan K.K., Japan

SDRC Korea Limited, Korea

SDRC Mexico S. de R.L. de C.V., Mexico

SDRC Nederland BV, The Netherlands

SDRC Singapore Pte. Ltd., Singapore

SDRC Software & Services GmbH, Germany

SDRC Svenska AB, Sweden

SDRC UK Limited, England

SDT Industrie-Leasing GmbH (SDT), Germany

Servizi ICT S.r.l., Italy

Sherpa Systems GmbH & Co. KG, Germany

SHL Outsourcing Services (UK) Limited, England

SHL Subco 1 Inc., Canada

SHL Subco 2 Inc., Canada

SHL Subco 3 Inc., Canada

SHL Subco 4 Inc., Canada

SHL Subco 5 Inc., Canada

SHL Systemhouse Belgium N.V., Belgium

SHL Systemhouse De Mexico, S.A. DE C.V., Mexico

SHL Systemhouse De Sur America, C.A., Venezuela

SHL Systemhouse Europe Limited, England

SHL Systemhouse Ireland Limited, Ireland

SHL Systemhouse Nederland B.V., The Netherlands

SHL Systemhouse U.K. Limited, England

SHL Technology Solutions Limited, England

Sistemi Sanitari S.p.A., Italy

SmartHealth Inc., Canada

Solcorp Japan Co., Ltd., Japan

Spartan Funding Company, England

Special Machine Services Limited, Ireland

SPMV Unternehmensberatung, Germany

STS Service Technical Solutions GmbH, Germany

Systematics AG, Germany

Systematics Communications GmbH, Germany

Systematics Integration Limited, England

Systematics INTEGRATONS Gesellschaft für EDV-Dienstleistungen mbH, Germany

Systematics N.V., Belgium

Systematics N.V. (Netherlands), The Netherlands

Systematics Network Services GmbH, Germany

Systematics Soft Solution S.A., Switzerland

Systemhouse (Barbados) Inc., Barbados

Systemhouse Internationale S.A., Switzerland

Systems Designers Aviation Limited, England

Systems Designers Estates Limited, England

Systems Designers International Limited, Hong Kong

Systems Designers Limited, England

Systems Programming (Scotland) Limited, Scotland

Systems Programming Limited, England

Systems Programming Overseas Limited, England

The Lacek Group Pty Ltd., Australia

Trusco Services, Inc., USA

Unigraphics Solutions (Australia) Pty Ltd, Australia

Unigraphics Solutions (Austria) GmbH, Austria

Unigraphics Solutions (China) Co., Ltd., China

Unigraphics Solutions (HK) Limited, Hong Kong

Unigraphics Solutions (Korea) Ltd., Korea

Unigraphics Solutions (Malaysia) Sdn. Bhd., Malaysia

Unigraphics Solutions (Thailand) Co., Ltd., Thailand

Unigraphics Solutions AG, Switzerland

Unigraphics Solutions Asia Pacific Incorporated, Taiwan Branch, Taiwan

Unigraphics Solutions Asia/Pacific Incorporated, USA

Unigraphics Solutions B.V., The Netherlands

Unigraphics Solutions Canada Ltd., Canada

Unigraphics Solutions Danmark A/S, Denmark

Unigraphics Solutions de Mexico, S.A. de C.V., Mexico

Unigraphics Solutions do Brasil Ltda., Brazil

Unigraphics Solutions Espana, S.A., Spain

Unigraphics Solutions France SAS, France

Unigraphics Solutions GmbH, Germany

Unigraphics Solutions Inc., USA

Unigraphics Solutions International Inc Sucursal Argentina, Argentina

Unigraphics Solutions International Inc., USA

Unigraphics Solutions Japan, Ltd., Japan

Unigraphics Solutions Limited, England

Unigraphics Solutions N.V., Belgium

Unigraphics Solutions Norge AS, Norway

Unigraphics Solutions Pte. Limited, Singapore

Unigraphics Solutions S.p.A., Italy

Unigraphics Solutions s.r.o., Czech Republic

Unigraphics Solutions Sp.z.o.o.., Poland

Unigraphics Solutions Sverige AB, Sweden

Universal Money Systems, England

Variation Systems Analysis Ltd., England

Ward FSC, Ltd, Bermuda

web@active GmbH, Germany

Wendover Financial Services Corporation, USA

Wendover Funding, Inc., USA

White House Consulting (Pty) Ltd., South Africa

White House Midrange Services (Pty) Ltd., South Africa

White House Technologies (Pty) Ltd., South Africa

Wolsingvale Limited, England

Wynberg Executive Travel (Sunninghill) (Pty) Ltd, South Africa