IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **MARJORIE HYPPOLITE,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **CIVIL ACTION NO. 05-11011 (MLW)** |
| ) | |
| **ELECTRONIC DATA SYSTEMS** ) | **NOTICE OF APPEARANCE** |
| **CORPORATION,** ) | |
| ) | |
| Defendant. ) | |

**PLEASE TAKE NOTICE** that Leah M. Moore, Esq. of the law firm of Morgan, Brown & Joy, LLP hereby serves her notice of appearance on behalf of Defendant E.D.S. Personal Communications Corporation and hereby requests that she be added to the list of those on whom electronic service of all Court notices in this action be made.

                                        Respectfully submitted,

                                        s/ Leah M. Moore_____
Joseph P. McConnell (BBO # 566412)
jmcconnell@morganbrown.com
Leah M. Moore (BBO # 658217)
lmoore@morganbrown.com
**Morgan, Brown & Joy LLP**
200 State Street
Boston, Massachusetts 02109
617-523-6666 (Telephone)
617-367-3125 (Facsimile)

        Martin T. Wymer (P43279)
        mwymer@bakerlaw.com
        Brett A. Wall (OH0070277)
        bwall@bakerlaw.com
        **BAKER & HOSTETLER LLP**
        3200 National City Center
        1900 East Ninth Street
        Cleveland, OH 44114-3485
        (216) 621-0200 (telephone)
        (216) 696-0740 (facsimile)
        *Pro Hac Vice* admission papers to be submitted

        *Attorneys for Defendant EDS*

Date: July 13, 2005

## CERTIFICATE OF SERVICE

A true copy of the foregoing document was served upon counsel for Plaintiff, David Green, Alford & Bertrand, LLC, 60 Arsenal Street, P.O. Box 322, Watertown, MA 02471-0322 via regular U.S. mail on the July 13, 2005.

        s/ Leah M. Moore
        Leah M. Moore