IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MARJORIE HYPPOLITE, | ) | CASE NO. 1:05-CV-11011-MLW |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE MARK L. WOLF |
| v. | ) | |
| | ) | |
| ELECTRONIC DATA SYSTEMS | ) | |
| CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the Court's July 6, 2005 Order, defendant Electronic Data Systems Corporation ("EDS") hereby notifies the Court that it does not consent to the reassignment of the captioned case to a magistrate judge for any purpose.

Respectfully submitted,

/s/ *Joseph P. McConnell*
Joseph P. McConnell
jmcconnell@morganbrown.com
Leah M. Moore
lmoore@morganbrown.com
Morgan, Brown & Joy LLP
200 State Street
Boston, Massachusetts 02109
617-523-6666 (Telephone)
617-367-3125 (Facsimile)


Martin T. Wymer (P43279)
mwymer@bakerlaw.com
Kelly M. King (OH0076613)
kking@bakerlaw.com
**BAKER & HOSTETLER LLP**
3200 National City Center

        1900 East Ninth Street
        Cleveland, OH  44114-3485
        (216) 621-0200 (telephone)
        (216) 696-0740 (facsimile)

*Pro Hac Vice* admission pending

*Attorneys for Defendant EDS*

**PROOF OF SERVICE**

A true copy of the foregoing was served upon Plaintiff's counsel David Green, Alford & Bertrand, LLC, via regular U.S. mail on the 26th day of July, 2005.

/s/ Joseph P. McConnell
*Attorney for Defendant EDS*

82058, 00218, 500879668.1, re: magistrate