IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **MARJORIE HYPPOLITE,** )<br>)<br>**Plaintiff,** )<br>) CIVIL ACTION NO. 05-11011 (MLW)<br>v. )<br>) MOTION FOR LEAVE TO ADMIT<br>**ELECTRONIC DATA SYSTEMS** ) MARTIN T. WYMER AND<br>**CORPORATION,** ) KELLY M. KING TO PRACTICE<br>) IN A PARTICULAR CASE<br>**Defendant.** ) | |

Pursuant to Local Rule 83.5.3(b), Joseph P. McConnell, Esq., a partner at the firm of Morgan, Brown & Joy, LLP, moves the Court for leave to allow Martin T. Wymer, Esq., and Kelly M. King, Esq., attorneys at the law firm of Baker & Hostetler LLP, Cleveland, Ohio, to practice before this Court on behalf of Defendant in the above-captioned matter.

In support of this Motion, the undersigned states:

1. I am a member of the bar of this court, and have filed an appearance on behalf of the Defendant Electronic Data Systems Corporation ("EDS").

2. Attorney Wymer and Attorney King have executed certifications which comply with the provisions of Local Rule 83.5.3(b). Copies of these certifications are attached as Exhibits "A" and "B," respectively.

3. The undersigned supports this application and shall also appear on behalf of the Defendant. Morgan, Brown & Joy LLP will receive service of pleadings, documents and communications from Plaintiff and the Court on behalf of the Defendant.

WHEREAS, the undersigned respectfully moves the Court to grant the present motion and allow Martin T. Wymer and Kelly M. King to appear on behalf of Defendant in the above matter.

Respectfully submitted,

_____
Joseph P. McConnell (BBO # 566412)
jmcconnell@morganbrown.com
Leah M. Moore (BBO # 658217)
lmoore@morganbrown.com
**Morgan, Brown & Joy LLP**
200 State Street
Boston, Massachusetts 02109
617-523-6666 (Telephone)
617-367-3125 (Facsimile)

Date: July 19, 2005

### CERTIFICATE OF SERVICE

A true copy of the foregoing was served upon Plaintiff's counsel, David Green, Esq., Alford & Bertrand, LLC, 60 Arsenal Street, P.O. Box 322, Watertown, MA 02471-0322, via regular U.S. mail, on the 19th day of July, 2005.

_____
Attorney for Defendant