IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MARJORIE HYPPOLITE, | ) | CASE NO. 05 11011 MLW |
| Plaintiff, | ) ) | JUDGE MARK L. WOLF |
| v. | ) ) | |
| ELECTRONIC DATA SYSTEMS CORPORATION, | ) ) ) | |
| Defendant. | ) ) ) ) | |

## CERTIFICATION OF MARTIN T. WYMER
## FOR ADMISSION PRO HAC VICE

I, Martin T. Wymer, hereby certify as follows:

1. I am a partner with the law firm of Baker & Hostetler LLP. My business address is 3200 National City Center, 1900 East Ninth Street, Cleveland, Ohio 44114-3485, and my business telephone number is (216) 621-0200.

2. I am a member in good standing and have been admitted to practice before the following courts: Supreme Court of Ohio (1984); Supreme Court of Michigan (1990); U.S. District Court for the Northern District of Ohio (1984); U.S. District Court for the Eastern District of Michigan (1990); U.S. District Court for the District of Colorado (2000); U.S. District Court for the Western District of Michigan (2001); U.S. Court of Appeals for the Sixth Circuit (1985); U.S. Court of Appeals for the Fifth Circuit (1990); U.S. Court of Appeals for the Eleventh Circuit (2002); U.S. Court of Appeals for the Third Circuit (2003); United States Supreme Court (1993).

2

3.   I am familiar with the Rules of this Court and I understand that I am charged with knowing and complying with these Rules. I have never been disciplined by any court for any reason. There are no pending disciplinary proceedings against me.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Martin T. Wymer

Dated:   Cleveland, Ohio
         June __3̲ǫ__, 2005

82058, 00218, 500845520.1, Hyppolite MTW Cert Pro Hac