IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARJORIE HYPPOLITE, | ) CASE NO. 05 11011 MLW |
| Plaintiff, | ) JUDGE MARK L. WOLF |
| v. | ) |
| ELECTRONIC DATA SYSTEMS CORPORATION, | ) |
| Defendant. | ) |

**CERTIFICATION OF KELLY M. KING
FOR ADMISSION PRO HAC VICE**

I, Kelly M. King, hereby certify as follows:

1. I am an associate with the law firm of Baker & Hostetler LLP. My business address is 1900 East Ninth Street, 3200 National City Center, Cleveland, Ohio 44114-3485, and my business telephone number is (216) 861-7588.

2. I am a member in good standing and have been admitted to practice before the following courts: Supreme Court of Ohio (2003), the U.S. District Court Northern District of Ohio (2004), and the United States Court of Appeals for the Sixth Circuit (2004).

3. I am familiar with the Rules of this Court and I understand that I am charged with knowing and complying with these Rules. I have never been disciplined by any court for any reason. There are no pending disciplinary proceedings against me.

2

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*Kelly M King* (signature)
Kelly M. King

Dated:   Cleveland, Ohio
         July 3, 2005