IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARJORIE HYPPOLITE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 05-CV-11011 (MLW/LTS) ) |
| ELECTRONIC DATA SYSTEMS CORPORATION, | ) JOINT STATEMENT PURSUANT ) TO LOCAL RULE 16.1 ) |
| Defendant. | ) |

Pursuant to Local Rule 16.1 of the United States District Court for the District of Massachusetts and in compliance with the Court's Order of August 12, 2005, Plaintiff Marjorie Hyppolite and Defendant Electronic Data Systems Corporation (collectively, the "Parties") hereby submit the following Statement in the above-captioned action.

## I.    PROPOSED DISCOVERY PLAN

### A.    Fact Depositions

The Parties propose that all written discovery and fact depositions be completed by January 9, 2006. The Parties agree to limit the number of fact depositions to ten (10) depositions for each side, pursuant to Local Rule 26.1(C). Any party that wishes to take more than ten (10) depositions may not do so without permission of the Court. The limit on depositions set forth above shall not prevent any party from seeking a protective order, where appropriate, to preclude or limit any particular deposition.

    B.    **Expert Depositions**

In addition to the fact depositions, the Parties may also take expert depositions if necessary. Disclosure of expert witnesses shall be in accordance with applicable rules.

    C.    **Written Discovery**

The Parties agree to comply with the discovery event limitations set forth in Local Rule 26.1(C).

**II.    PRE-TRIAL SCHEDULE/SCHEDULE FOR FILING MOTIONS**

The Parties propose the following pre-trial schedule:

1. Amend pleadings and add parties by November 9, 2005.
2. Plaintiff's Expert Report to be filed by February 9, 2006.
3. Defendant's Expert Report to be filed by March 9, 2006.
4. All expert discovery to be completed and all challenges to expert designations to be filed by March 30, 2006.
5. All fact discovery to be completed by January 9, 2006.
6. All dispositive motions to be filed by April 28, 2006.
7. A Pre-Trial Conference to be held, if appropriate, twenty-one (21) days after a decision on any Rule 56 motion.

**III.    CERTIFICATIONS**

The Parties' certifications pursuant to Local Rule 16.1(D)(3) are attached hereto as Exhibit A.

**IV.     MAGISTRATE JUDGE**

Pursuant to Local Rule 16.1(B)(3), Defendant does not agree to proceed before a Magistrate Judge on any matter in this action.

**V.     CERTIFICATION OF FILING OF INITIAL DISCLOSURES**

The Parties certify that they will serve their Initial Disclosures pursuant to Federal Rule of Civil procedure 26(a)(1) on September 7, 2005.

Respectfully submitted,

| | |
|---|---|
| */s/ David Green* | */s/ Leah M. Moore* |
| David Green, Esq. | Joseph P. McConnell (BBO 566412) |
| Attorneys@alfordandbertrand.com | Leah M. Moore (BBO 658217) |
| Alford & Bertrand, LLC | jmcconnell@morganbrown.com |
| 60 Arsenal Street | Morgan, Brown & Joy LLP |
| Post Office Box 322 | 200 State Street |
| Watertown, MA  02471-0322 | Boston, Massachusetts  02109 |
| (617) 926-8800 | (617) 523-6666 (telephone) |
| Attorneys for Plaintiff | (617) 367-3125 (facsimile) |
| Marjorie Hyppolite | |
| | Admitted *Pro Hac Vice* |
| | |
| | Martin T. Wymer (OH0004004) |
| | mwymer@bakerlaw.com |
| | Kelly M. King (OH0076613) |
| | kking@bakerlaw.com |
| | BAKER & HOSTETLER LLP |
| | 3200 National City Center |
| | 1900 East Ninth Street |
| | Cleveland, OH  44114-3485 |
| | (216) 621-0200 (telephone) |
| | (216) 696-0740 (facsimile) |
| | |
| | Attorneys for Defendant |
| | Electronic Data Systems Corporation |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARJORIE HYPPOLITE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 05-CV-11011 (MLW/LTS) |
| ELECTRONIC DATA SYSTEMS CORPORATION, | ) ) LOCAL RULE 16.1(D)(3) ) CERTIFICATION |
| Defendant. | ) ) |

Pursuant to Local Rule 16.1(D)(3), the undersigned hereby certify that the Parties and their counsel have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course—and various alternative courses—of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

**PLAINTIFF**                                      **DEFENDANT**

/s/ *Marjorie Hyppolite*                          /s/ *Karie Dalton*
Plaintiff                                          Electronic Data Systems Corporation
                                                   Defendant


/s/ *David Green*                                 /s/ *Martin T. Wymer*
Attorney for Plaintiff                            Attorney for Defendant