IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARJORIE HYPPOLITE, | ) CASE NO. 05 11011 MLW |
| Plaintiff, | ) JUDGE MARK L. WOLF |
| v. | ) (Magistrate Leo T. Sorokin) |
| ELECTRONIC DATA SYSTEMS CORPORATION, | ) **MOTION OF JOSEPH P. MCCONNELL FOR LEAVE TO ADMIT DAVID A. POSNER TO PRACTICE IN A PARTICULAR CASE** |
| Defendant. | |

Pursuant to Local Rule 83.5.3(b), Joseph P. McConnell, Esq., an attorney at the law firm of Morgan, Brown & Joy, LLP, moves the Court for leave to allow David A. Posner, Esq., an attorney at the law firm of Baker & Hostetler LLP, Cleveland, Ohio, to practice before this Court on behalf of Defendant in the above-captioned matter.

In support of this Motion, the undersigned states:

1. I am a member of the bar of this court, and have filed an appearance on behalf of the Defendant Electronic Data Systems Corporation ("EDS").

2. Attorney Posner has executed a certification which compiles with the provision of Local Rule 83.5.3(b). A copy of his certification is attached hereto as Exhibit A.

3. The undersigned supports this application and shall also appear on behalf of Defendant. Morgan, Brown & Joy LLP will receive service of pleadings, document communications from Plaintiff and the Court on behalf of the Defendant.

WHEREAS, the undersigned respectfully moves the Court to grant the present motion and allow David A. Posner to appear on behalf of Defendant in the above matter.

Respectfully Submitted,

Joseph P. McConnell (BBO 566412)
Morgan Brown and Joy, LLP
200 State Street
Boston, Massachusetts 02109-2605
(617) 523-6666
(617) 367-3125 (fax)

Date: November 22, 2005

## PROOF OF SERVICE

A true copy of the foregoing was served upon Plaintiff's counsel, David Green, Esq., Alford & Bertrand, LLC, 60 Arsenal Street, P.O. Box 322, Watertown, MA 02471-0322, via regular U.S. mail, on the _____ day of November, 2005.

_____
Attorney for Defendant

82058, 00218, 500955142.1, Hyppolite Mtn Pro Hac Vice (DAP)