IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARJORIE HYPPOLITE, ) | CASE NO. 05 11011 MLW |
| ) | |
| Plaintiff, ) | JUDGE MARK L. WOLF |
| ) | |
| v. ) | (Magistrate Leo T. Sorokin) |
| ) | |
| ELECTRONIC DATA SYSTEMS ) | |
| CORPORATION, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**CERTIFICATION OF DAVID A. POSNER
FOR ADMISSION PRO HAC VICE**

I, David A. Posner, hereby certify as follows:

1. I am a partner with the law firm of Baker & Hostetler LLP. My business address is 3200 National City Center, 1900 East Ninth Street, Cleveland, Ohio 44114-3485, and my business telephone number is (216) 621-0200.

2. I am a member in good standing and have been admitted to practice before the following courts: United States Supreme Court (2002); United States Court of Appeals for the Fifth Circuit (1992); United States Court of Appeals for the Sixth Circuit (1990); United States District Court for the Western District of Michigan (2005); United States District Court for the Southern District of Ohio (2003); United States District Court for the Eastern District of Michigan (1994); United States District Court for the Northern District of Ohio (1990); and Ohio Supreme Court (1989).

3.  I am familiar with the Rules of this Court and I understand that I am charged with knowing and complying with these Rules. I have never been disciplined by any court for any reason. There are no pending disciplinary proceedings against me.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

David A. Posner

Dated:    Cleveland, Ohio
          November 16, 2005

82058, 00218, 500955158.1, Hyppolite DAP Cert Pro Hac

2