IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARJORIE HYPPOLITE, ) | CASE NO. 1:05-cv-11011-MLW |
| ) | |
| Plaintiff, ) | JUDGE MARK L. WOLF |
| ) | Magistrate Judge Leo T. Sorokin |
| v. ) | |
| ) | |
| ELECTRONIC DATA SYSTEMS ) | |
| CORPORATION, ) | |
| ) | |
| Defendant. ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Marjorie Hyppolite and Defendant Electronic Data Systems Corporation ("EDS"), by and through their respective undersigned counsel and pursuant pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal with prejudice of the above-captioned lawsuit, each party to bears its and/or her own costs.

Respectfully submitted,

*s/ David M. Green*
David M. Green
Alford & Bertrand
60 Arsenal Street
P.O. Box 322
Watertown, MA 02471-0322
(617) 926-8800 (telephone)
(617) 924-7780 (facsimile)
attorneys@alfordandbertrand.com

Attorney for Plaintiff

*s/ Kelly M. King*
David A. Posner (admitted *pro hac vice*)
Kelly M. King (admitted *pro hac vice*)
Baker & Hostetler LLP
3200 National City Center
1900 East Ninth Street
Cleveland, OH 44114-3485
(216) 621-0200 (telephone)
(216) 696-0740 (facsimile)
dposner@bakerlaw.com
kking@bakerlaw.com

Joseph P. McConnell (BBO 566412)
Leah M. Moore (BBO 658217)
Morgan Brown and Joy, LLP
200 State Street
Boston, Massachusetts 02109
(617) 523-6666
(617) 367-3125 (fax)

Attorneys for Defendant
Electronic Data Systems Corportion

## PROOF OF SERVICE

A true copy of the foregoing Stipulation of Dismissal With Prejudice was served upon Plaintiff's counsel, David M. Green, Alford & Bertrand, 60 Arsenal Street, P.O. Box 322, Watertown, MA 02471-0322, via facsimile and U.S. mail, postage prepaid, on the <u>6th</u> day of March, 2006.

*s/Kelly M King*
Attorney for Defendant

82058, 00218, 501024613.1