IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARJORIE HYPPOLITE, | ) CASE NO. 1:05-cv-11011-MLW |
| Plaintiff, | ) JUDGE MARK L. WOLF |
| | ) Magistrate Judge Leo T. Sorokin |
| v. | ) |
| ELECTRONIC DATA SYSTEMS CORPORATION, | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL WITH PREJUDICE

UPON THE STIPULATION of the parties hereto, through their respective counsel of record, that the above cause of action be dismissed with prejudice and with each party to bear its own costs and attorneys' fees;

NOW, THEREFORE, IT IS HEREBY ORDERED, that the above cause of action be, and the same hereby is, dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

_____
**U.S. District Judge**

AGREED:

Attorney for Plaintiff, Marjorie Hyppolite      Attorneys for Defendant,
                                                Electronic Data Systems Corporation

s/ *David Green*
David Green                                     s/ *Kelly M. King*
                                                David A. Posner
                                                Kelly M. King

2

**PROOF OF SERVICE**

A true copy of the foregoing Order of Dismissal With Prejudice was served upon Plaintiff's counsel, David M. Green, Alford & Bertrand, 60 Arsenal Street, P.O. Box 322, Watertown, MA 02471-0322, via facsimile and U.S. mail, postage prepaid, on the <u>10th</u> day of March, 2006.

<u>*s/Kelly M King*</u>
Attorney for Defendant

82058, 00218, 501026168.1